USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2199 UNITED STATES, Appellee, v. LAWRENCE MASTELLO, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, Senior U.S. District Judge] ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ____________________ Tina Schneider on brief for appellant. Donald  K.  Stern, United States Attorney, and Kevin  O'Regan, Assistant United States Attorney, on brief for appellee. ____________________ July 23, 1997 ____________________ Per Curiam . Upon careful consideration of the briefs and record, we conclude that this appeal does not present a substantial question. See 1st Cir. Loc. R. 27.1.  The 24-month sentence imposed upon revocation of supervised release was within the district court's authority under 18 U.S.C. S 3583(e)(3) and was not inconsistent with U.S.S.G. S 7B1.4. See United  States v. O'Neil, 11 F.3d 292, 301 n.11 (1st Cir. 1993) (the S 7B1.4 sentencing table is advisory, not mandatory). In our view, the district court's statement of reasons for the longer sentence, including defendant's repeated disobedience, was sufficient and gave adequate weight to the guideline provisions. The sentence is affirmed. See 1st Cir. R. 27.1. -2-